

David E. Hudson, Hull Towill Norman Barrett & Salley, PC, Augusta, GA, for Defendant–Appellee.

Before BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Linda Collins Jensen, appointed counsel for Willie C. Calhoun in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Calhoun's conviction and sentence are **AFFIRMED**.

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

PER CURIAM:

The summary judgment entered in favor of the appellee is affirmed for the reasons set forth in the ORDER of the district court dated August 29, 2006.

AFFIRMED.

Joyce A. JONES, Plaintiff–Appellant,

v.

COMMUNITY NEWSPAPERS, INC., a South Carolina corporation d.b.a. Palatka Daily News, Defendant–Appellee.

No. 06–15201.

United States Court of Appeals, Eleventh Circuit.

April 25, 2007.

Reginald Luster, Luster & Davis, P.A., Jacksonville, FL, for Plaintiff–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Eugene Jerome SMITH, a.k.a. Sperm, Defendant–Appellant.

No. 06–14384
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 25, 2007.

Patrick Jackson, Pensacola, FL, for Defendant–Appellant.

* Honorable William S. Duffey, Jr., United States District Judge for the Northern District of Georgia, sitting by designation.